PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA

v. Crim. No. 6:09CR00023-1

Irie Williams Brinson

On August 18, 2023, the above named was placed on supervised release for a period of six years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Ernest Orlando
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 14 day of September 2026.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE